THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROOKLYN HEIGHTS RAILROAD COMPANY, as Lessee of the BROOKLYN CITY RAILROAD COMPANY, Respondent, *v.* STATE BOARD OF TAX COMMISSIONERS OF THE STATE OF NEW YORK, Appellant.

THE CITY OF NEW YORK, Appellant.

*People ex rel. Brooklyn Heights R. R. Co.* v. *Tax Comrs.*, 146 App. Div. 372, affirmed.
(Argued January 12, 1912; decided February 20, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 23, 1911, which affirmed an order of Special Term

reducing an assessment against the special franchises of relator for purposes of taxation for the year 1905.

*Thomas Carmody, Attorney-General (William A. McQuaid* of counsel), for State Board of Tax Commissioners, appellant.

*Archibald R. Watson, Corporation Counsel (Curtis A. Peters* and *Addison B. Scoville* of counsel), for City of New York, appellant.

*Charles A. Collin, George D. Yeomans, John L. Wells* and *Thomas L. Hughes* for respondent.

Order affirmed, with costs, on the ground that the state of the record before us precludes this court from considering the objections raised by the appellant, the Appellate Division having unanimously affirmed the order of the Special Term and the findings of fact made by it, and the appellant having presented to the trial court no request to find by which the questions it now seeks to raise would be presented; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.